## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL GRANCHELLI, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-4514 |
| P & A INTERESTS, LTD, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER

This is an FLSA case. On February 23, 2012 this court entered a scheduling and docket control order that required the plaintiff to file a motion for conditional certification no later than April 27, 2012. (Docket Entry No. 26, at 1.) On April 27, the plaintiff, Michael Granchelli, filed a motion for extension of time, asking this court to extend the April 27 deadline by 30 days. (Docket Entry No. 27.) Granchelli argued that good cause existed for the extension because "he did not receive Defendants' discovery responses until April 24, 2012" and because those responses "contain detailed information regarding the claims and defenses asserted in this lawsuit and will allow [him] to more fully brief the issues involved." (*Id.* at 2.) The defendants responded that they "timely responded to all discovery propounded by the Plainitff" and "provided their discovery objections and responses timely, . . . in accordance with the Rules." (Docket Entry No. 28, at 2.) Granchelli did not reply to the defendants' argument.

After carefully considering the motion and response, the court concludes that the current record does not provide a sufficient basis for extending the deadline for filing a motion for conditional certification. The defendants assert that they timely responded to all discovery requests.

Granchelli has not identified what discovery responses were produced by the defendants on April 24 and has not articulated how those discovery responses affected his ability to file the motion for conditional certification. On the current record, Granchelli has not made the good-cause showing necessary to extend the April 27 deadline. The motion for extension of time is denied.

   SIGNED on May 16, 2012, at Houston, Texas.

                  _____
                     Lee H. Rosenthal
                   United States District Judge